AO 93C  (08/18)  Warrant by Telephone or Other Reliable Electronic Means          ❏ Original          ❏ Duplicate Original

# UNITED STATES DISTRICT COURT
### for the
### Southern District of California

| | | |
|---|---|---|
| In the Matter of the Search of: | ) | |
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) ) | Case No.     25MJ5776 |
| | ) | |
| White Samsung Galaxy; Seizure No. 2025250600050801-0004 ("Target Device 2") | ) ) ) | |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:      Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the Southern District of   California *(identify the person or describe the property to be searched and give its location)*:

See Attachment A-2, which is hereby incorporated by reference.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B, which is hereby incorporated by reference.

**YOU ARE COMMANDED** to execute this warrant on or before <u>November 14, 2025</u> *(not to exceed 14 days)*
☒   in the daytime 6:00 a.m. to 10:00 p.m.     ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the  property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory  as required by law and promptly return this warrant and inventory to _____ Hon. Karen S. Crawford _____
*(United States Magistrate Judge)*

☐   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐   for ____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____

Date and time issued: <u>October 31, 2025 @   1:18 PM</u> .          _____
                                                                                                                   *Judge's signature*

City and state:        San Diego, California          Honorable Karen S. Crawford, U.S. Magistrate Judge
                                                                                    *Printed name and title*

AO 93C  (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>3:25-MJ-05776-KSC | Date and time warrant executed:<br>10/31/25 - 1:46 PM | Copy of warrant and inventory left with:<br>HSI San Diego Forensics Group |

Inventory made in the presence of :
  HSI San Diego Forensics Group

Inventory of the property taken and name(s) of any person(s) seized:

  Search Warrant was submitted to HSI San Diego Forensics Group who performed an extraction of the data on the device and produced a disc of the contents.

**Certification**

  I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.


Date:    11/6/2025

_____
Executing officer's signature

Dillon Whigham, Special Agent
_____
Printed name and title

# ATTACHMENT A-2

PROPERTY TO BE SEARCHED

The following property is to be searched:

White Samsung Galaxy

Seizure No. 2025250600050801-0004

("**Target Device 2**")

**Target Device 2** is currently in the custody of Homeland Security Investigations (HSI) at 2055 Sanyo Avenue, Suite 120, San Diego, California.

## **ATTACHMENT B**

### ITEMS TO BE SEIZED

Authorization to search the cellular telephone described in Attachment A-1 and A-2 includes the search of disks, memory cards, deleted data, remnant data, slack space, and temporary or permanent files contained on or in the cellular telephone for evidence described below.  The seizure and search of the cellular telephone shall follow the search methodology described in the affidavit submitted in support of the warrant.

The evidence to be seized from the cellular telephone will be electronic records, communications, and data such as emails, text messages, chats and chat logs from various third-party applications, photographs, audio files, videos, and location data, for the period of April 1, 2025, up to and including August 13, 2025:

    a.     tending to indicate efforts to distribute controlled substances, import controlled substances, launder monetary instruments, smuggle bulk cash, and/or conspiracy to do the same;

    b.     tending to identify accounts, facilities, storage devices, and/or services– such as email addresses, IP addresses, and phone numbers–used to facilitate the distribution of controlled substances, importation of controlled substances, laundering of monetary instruments, smuggling of bulk cash, and/or conspiracy to do the same;

    c.     tending to identify co-conspirators, criminal associates, or others involved in the distribution and/or importation of federally controlled substances, the laundering of monetary instruments, the smuggling of bulk cash, and/or conspiracy to do the same;

    d.     tending to identify travel to or presence at locations involved in the distribution and/or importation of federally controlled substances, the laundering of monetary instruments, the smuggling of bulk cash, and/or conspiracy to do the same, such as stash houses, load houses, or delivery points;

    e.     tending to identify the user of, or persons with control over or access to, the **Target Devices**; and/or

    f.     tending to place in context, identify the creator or recipient of, or establish the time of creation or receipt of communications, records, or data involved

in the distribution and/or importation of federally controlled substances, the laundering of monetary instruments, the smuggling of bulk cash, and/or conspiracy to do the same;

which are evidence of violations Title 21, United States Code, Sections 841(a)(1), 843(b), 846, 952, 960, and/or 963; and conspiracy to money launder and money laundering, in violation of Title 18, United States Code, Sections 1956 and 1957.